

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE SALAZAR, | § | 08-24-00064-CR |
| Appellant, | § | Criminal District Court No. 1 |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20180D06328) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF DECEMBER 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox and Soto, JJ.